IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

APRIL KISE,
    Plaintiff,

v.

Civil Action 2:15-cv-03066
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly Jolson

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

### ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Remand to the Commissioner pursuant to the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 18.) Per the parties' agreement, this case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether the Plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a new hearing before an Administrative Law Judge, and then issue a new decision.

Accordingly, this case is **REMANDED** pursuant to the fourth sentence of section 405(g) for further proceedings.

IT IS SO ORDERED.

6-7-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE